UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA SCOTT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KERN COUNTY HOSPITAL AUTHORITY,<br><br>    Defendant. | Case No. 1:25-cv-00378-KES-CDB<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED AS DUPLICATIVE OF EARLIER-FILED ACTION 1:24-cv-00463-CDB<br><br>(Doc. 1)<br><br>**<u>SEVEN-DAY DEADLINE</u>** |

On March 28, 2025, Plaintiffs Dianna Scott and Keaton Edward Monroe ("Plaintiffs") initiated this action with the filing of a complaint against Defendant Kern County Hospital Authority ("Defendant"). (Doc. 1). Upon review of the complaint, it appears that this action may be duplicative of an earlier-filed consolidated action before the undersigned, 1:24-cv-00463-CDB ("*Scott I*"). From review of these complaints, it appears these actions both seek compensatory and punitive damages for violations of state law and fundamental rights under the United States Constitution in connection with the wrongful death of decedent Stephen Ingle on March 29, 2023. (*Id.* ¶¶ 2, 3); (*Scott I*, Doc. 1 ¶¶ 2, 3). Both complaints assert similar causes of action, including under 42 U.S.C. § 1983 for failure to protect, municipal liability for unlawful policies, practices, and/or customs, and violation/deprivation of Plaintiffs' rights to familial relationship and association, and a survival action. (*See id.*).

Based on the Court's review of the complaints, and the substantially similar facts and similar

causes of action alleged therein, the Court will order Plaintiffs to show cause in writing why they are unable to amend their complaint in the earlier-filed *Scott I* action to include Kern County Hospital Authority as an additional co-Defendant in that action, as set forth in Federal Rule of Civil Procedure 15, and why this action should not be dismissed as duplicative of the earlier-filed action.

**CONCLUSION AND ORDER**

Accordingly, Plaintiffs are **ORDERED** to show cause in writing **within 7 days** of the entry of this order why they are unable to amend their complaint in the earlier-filed 1:24-cv-00463-CDB action to include Kern County Hospital Authority as an additional co-Defendant in that action, as set forth in Federal Rule of Civil Procedure 15, and why this action should not be dismissed as duplicative of the earlier-filed action.

IT IS SO ORDERED.

Dated:   **April 1, 2025**                                    _____
UNITED STATES MAGISTRATE JUDGE