UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA SCOTT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KERN COUNTY HOSPITAL AUTHORITY, <br><br> Defendant. | Case No. 1:25-cv-00378-KES-CDB <br><br> ORDER DISCHARGING APRIL 1, 2025, ORDER TO SHOW CAUSE <br><br> (Doc. 4) |

On March 28, 2025, Plaintiffs Dianna Scott and Keaton Edward Monroe ("Plaintiffs") initiated this action with the filing of a complaint against Defendant Kern County Hospital Authority ("Defendant" or "KHCA"). (Doc. 1). On April 1, 2025, the Court ordered Plaintiffs to show cause in writing why this action should not be dismissed as duplicative of an earlier-filed consolidation action before the undersigned, 1:24-cv-00463-CDB ("*Scott I*"). (Doc. 4). The Court noted that based upon review of the complaint here and in the *Scott I* action and the substantially similar facts and similar causes of action alleged therein, it was unclear why Plaintiffs did not simply amend their complaint in the earlier-filed *Scott I* action to include Kern County Hospital Authority as an additional co-Defendant in that action. (*Id.* at 1-2).

Pending before the Court is the declaration of counsel for Plaintiffs Katherine Melik-Stepanyan in response to the Court's order to show cause, timely filed on April 8, 2025. (Doc. 5) Counsel for Plaintiffs declares that following the Court's September 24, 2024, consolidation of the

1

*Scott I* action identified above and Case No. 1:24-cv-00423-KES-CDB, and upon receipt of initial disclosures on February 11, 2025, she discovered that the pleadings needed to be amended to name KHCA as defendant in the consolidated matter. (*Id.* ¶¶ 2-3). She declares that when Plaintiffs became aware that KHCA needed to be named as a defendant in the consolidated matter, the deadline to file a motion under Federal Rule of Civil Procedure 15 was April 5, 2025, and that the statute of limitations to name KHCA was March 28, 2025, as decedent Stephen Ingle's date of death was March 29, 2023. (*Id.* ¶ 4). Plaintiffs' counsel declares that her office and counsel for minor Plaintiff C.R.I. "made numerous attempts to meet and confer with Counsel for Defendant County of Kern regarding Plaintiffs' intentions to amend the complaint to name KCHA, in addition to several other proposed changes that were deemed necessary after review of the initial disclosures." (*Id.* ¶ 5). Following meet and confer efforts, counsel for Defendant could not agree to stipulating to Plaintiffs' proposed amended complaint "because Defendant needed more time to review the proposed changes" and could not agree to at least permitting the filing of an amended complaint naming KCHA. (*Id.* ¶¶ 8-12). Plaintiffs' counsel declares that she therefore "had no choice but to file a separate lawsuit against KCHA in order to preserve the statute of limitations." (*Id.* ¶ 13). Plaintiffs' counsel therefore requests the Court decline to dismiss the instant matter "because Plaintiffs intend on moving to consolidate the KCHA complaint with the pending *Ingle* matter." (*Id.* ¶ 14).

In light of Plaintiffs' timely response to the order to show cause, and declaration of Plaintiffs' intent to move to consolidate this action with the *Scott I* action, the Court's April 1, 2025, order to show cause (Doc. 4) is discharged.

**CONCLUSION AND ORDER**

Accordingly, IT IS HEREBY ORDERED that the Court's April 1, 2025, order to show cause (Doc. 4) is DISCHARGED.

IT IS SO ORDERED.

Dated: **April 17, 2025**

UNITED STATES MAGISTRATE JUDGE